IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02209-OES

MACK AKBAR PERKINS-BEY,
    Plaintiff,

v.

JOHN RAMSAY,
PATSY RAMSEY,
JEAN CORNAHAN,
TONYA KEMPKER,
SUSIE COOPER, and
DOCTOR S. CRAWFORD,
    Defendants.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 23 2005

GREGORY C. LANGHAM
CLERK

---

### MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    The issue before the Court is Plaintiff's "Motion for Amend Complaint from the Plaintiff," filed with the Court on December 22, 2005. In the Motion, Plaintiff asserts additional claims that he seeks to include in the Complaint.

    Prior to a responsive pleading being served, a Plaintiff may amend a complaint once as a matter of course pursuant to Fed. R. Civ. P. Rule 15(a). The Motion, however, that Plaintiff filed on December 22, 2005, is not a properly filed amended complaint. An amended complaint supersedes the original complaint. *See Balance v. Redman Homes, Inc.*, 759 F.2d 504, 508 (5th Cir. 1985); *Cameron v. Figwort*, 705 F.2d 676 (2d Cir.1983); *London v. Coopers & Lybrand*, 644 F.2d 811 (9th Cir. 1981); 6 C. Wright, A. Miller & M. Kane, *Federal Practice and Procedure* § 1476 (1990). Plaintiff's December 22 Motion is insufficient to supersede the original Complaint, as it does not provide all the alleged claims, the request for relief, or a listing of all of the named Defendants. If Plaintiff seeks to amend he must file the amended complaint on a Court-approved form. Plaintiff's Motion, filed December 22, 2005, is DENIED.

Dated: December 23, 2005

Copies of this Minute Order mailed on December 23, 2005, to the following:

Mack Akbar Perkins-Bey
Prisoner No. 519255
CrossRoad Corr. Center
1115 E. Pence Road
Cameron, CO 64426

Secretary/Deputy Clerk