**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-02209-OES

MACK AKBAR PERKINS-BEY,

    Plaintiff,

v.

JOHN RAMSAY,
PATSY RAMSEY,
JEAN CORNAHAN,
TONYA KEMPKER,
SUSIE COOPER, and
DOCTOR S. CRAWFORD,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN - 5 2006

GREGORY C. LANGHAM
CLERK

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    Plaintiff filed a Motion on January 3, 2006. The Motion is construed as a request for a Court-approved Prisoner Complaint form and is GRANTED. The Clerk of the Court is directed to send to Plaintiff two copies of a current Court-approved Prisoner Complaint form. Plaintiff shall have thirty days from the date of the instant Minute Order to file an Amended Complaint. If he fails to file the Amended Complaint within thirty days the Complaint and action will be dismissed without further notice.

Dated: January 5, 2006

Copies of this **Minute Order, and two copies of Prisoner Complaint form** were mailed on January 5, 2006, to the following:

Mack Akbar Perkins-Bey
Prisoner No. 519255
CrossRoad Corr. Center
1115 E. Pence Road
Cameron, CO 64429

                                              _____
                                              Secretary/Deputy Clerk