IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 2 4 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02209-BNB

MACK AKBAR PERKINS-BEY,

    Plaintiff,

v.

JOHN RAMSAY,
PATSY RAMSAY,
JEAN CARNAHAN,
TANYA KEMPKER,
SUSICE COOPER,
DOCTOR S. CRAWFORD, and
C/O III GOEBEL,

    Defendants.

## ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff Mack Akbar Perkins-Bey is incarcerated at Missouri Department of Corrections and currently is housed at the Cross Road Correctional Center in Cameron, Missouri. Plaintiff has filed a *pro se* Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. On February 1, 2006, Magistrate Judge Boyd N. Boland ordered Plaintiff to show cause why the § 1915 Motion should not be denied, because he is subject to the filing restrictions in 28 U.S.C. § 1915(g). On February 9, Plaintiff filed a Response. For the reasons stated below, the *in forma pauperis* Motion will be denied.

Plaintiff seeks leave to proceed without prepayment of fees or security therefor pursuant to § 1915. In relevant part, § 1915 provides:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

As Magistrate Judge Boland noted in the Order to Show Cause, Plaintiff has filed more than three actions or appeals in a court of the United States while he was incarcerated or detained in any facility that were dismissed as frivolous, malicious, or for failure to state a claim. *See **Mack Akbar Perkins-Bey, a.k.a David Mack Perkins, v. Dr. Matthew, et al.**,* No. 05-cv-06130-NKL (W.D. Mo. Nov. 16, 2005) (noting that Plaintiff has had four dismissals for the purposes of § 1915(g) including ***Perkins v. St. Louis Metropolitan Police***, No. 4:98-CV-680 SNL (E.D. Mo. 1998); ***Bohlen, et al. v. Gilmore***, No. 4:95-CV-611 TIA (E.D. Mo. 1995); ***Perkins v. St. Louis Police***, No. 4:95-CV-0084 LOD (E.D. Mo. 1995); and ***Perkins v. Orzel***, No. 4:93-CV-880 ELF (E.D. Mo. 1993)). Magistrate Judge Boland also rejected Plaintiff's argument that he is in imminent danger of serious physical injury with respect to the claims he asserts in the instant action.

Plaintiff's response to Magistrate Judge Boland's Order to Show Cause does not address the issue of whether or not Plaintiff is subject to the filing restrictions in § 1915(g). In the Response, Plaintiff simply states that he is indigent and reasserts his request to proceed pursuant to § 1915. Plaintiff does not dispute the fact that he has

three or more prior frivolous dismissals that satisfy the criteria set forth in § 1915(g). Therefore, the *in forma pauperis* Motion will be denied. If Plaintiff wishes to pursue his claims in this action, he must pay the $250.00 filing fee pursuant to 28 U.S.C. § 1914(a). Accordingly, it is

ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 is denied. It is

FURTHER ORDERED that Plaintiff shall have **thirty days from the date of this Order** to pay the entire $250.00 filing fee if he wishes to pursue his claims in this action. It is

FURTHER ORDERED that if Plaintiff fails to pay the entire $250.00 filing fee within the time allowed, the Complaint and the action will be dismissed without further notice.

DATED at Denver, Colorado, this 24 day of February, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02209-BNB

Mack Akbar Perkins-Bey
Prisoner No. 519255
CrossRoad Corr. Center
1115 E. Pence Rd.
Cameron, MO 64426

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 2-24-06

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk